RECEIVED

JUN 07 2019

TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____



**THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

*LEROY ANTOINE LODGE DOC#105250*
**Full Name of Plaintiff, Prison Number**

**VS.**

*LOUISIANA DEPT. OF PUBLIC SAFETY & CORR, Et al,*
**Defendant**

1:19-cv-0730  SEC P

**Civil Action**

_____
**Judge**

_____
**Magistrate Judge**

**COMPLAINT**

1.    **Previous Lawsuits**

A. Have you begun any other lawsuit while incarcerated or detained in any facility?
Yes _____        No ___X___

B.  If your answer to the proceeding question is yes, provide the following information.

1.  State the court(s) which each lawsuit was filed (if federal, identify the District; if state court, identify the county or parish):

_____ N/A _____

_____ N/A _____

2.  Name the parties to the previous lawsuit(s):

Plaintiffs: _____ N/A _____

Defendants: _____ N/A _____

3.  Docket number(s): _____ N/A _____

4.  Date(s) on which each lawsuit was filed: _____ N/A _____

5.  Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:
_____ N/A _____

1

C. Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?

Yes. _____        No. ___X___

If your answer to the proceeding question is yes, state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

_____ N/A _____

_____ N/A _____

II. A. Name of institution and address of current place of confinement:

*Winn Correctional Center / Henry Nelson-Coleman Federal Detention Center*

B. Is there a prison grievance procedure in this institution?

Yes. ___X___        No. _____

1. Did you file an administrative grievance based upon the same facts which form the basis of the lawsuit?

Yes. _____        No. ___X___

If Yes, what is the Administrative Remedy Procedure number? ___N/A___

2. If you did not file an administrative grievance, answer the following question. What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

*No complaint was filed, due to having experienced the mass corruption by both levels (Administrative and Departmental), with circumvention as well as abandonment*

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

III. **Parties to Current Lawsuit:**

A. Name of Plaintiff _LEROY ANTOINE LODGE, DOC #105750_

Address _Winn Correctional Center / Henry Nelson-Coleman Federal Detention Center_

B. Defendant, _JAMES M. LeBlanc_ ,is employed as

_Secretary / Adult Services_ at _Louisiana Dept. of Public Safety & Corrections_

C. Defendant, _JAMES Keith Deville_ , is employed as

_Warden / Unit Head_ at _Winn Correctional Center / Henry Nelson-Coleman Federal Detention Center_

D. Defendant, _LaSalle Corrections Management, LLC_ , is employed as

_Contractor_ at _Winn Correctional Center / Henry Nelson-Coleman Federal Detention Center_

E. Additional defendants _Patrick Green and Danny Green, is employed as_

_Agent(s) at Louisiana Division of Probation and Parole_

## IV.    Statement of Claim

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the place where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

On the eve of the 29th day of May, 2019, while housed at the named institution and address of current place of confinement, I Leroy Antoine Lodge, DOC #105750, was summoned to report to the facility's Program's Dept. Whereupon, I became greeted by a male who appeared to be a representative for the Louisiana Division of Probation and Parole, whose name I learned to be Agent Danny Green; in when I presented the question; "who was Angie Hitt" since that name appeared on the front page of the legal documents I was being presented for signing. To be indicated by Agent Green, "He had no idea who Angie Hitt was". Therefore, I'm stuck with a "unknowing" Agent that just so happen to be, from the agency that provided false information against this complaintant in the report dated 5/15/18 at 9:22 am from Kelly Stone Liehert, based upon the report from Agent, Patrick Green, according to the times of his visit to the complaintant's residence and thus trying to make phone contact with complaintant's love ones's. Therefore, being presented with a contract by an agent, who has not an inkling of it facts, purpose, or the affects of such contract. Thus, the calling of, constitutional question; 1.) How can a contract be justified in being legal, when it contains

the misrepresentation of facts: 2) How can a contract be binding between two (2) parties, when one (1) party is absent and because the party presenting the contract has no authority in the words of the contract; and, 3) When has the use of "Separation of Powers" become allowed and found being legal for use by entities not delegated with such powers.

## V.    Relief

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no case or statutes.

That the herein described actions by the Department, which are "intentional" and with "deliberate indifference" in the affliction of unwanton pain against persons be stopped, as well as having the contract signed by this complaintant, dated May 29, 2019, be rescinded; due to the contract being of a collateral consequence which imposes an additional punishment, that is punitive in nature and therefore violating the Louisiana and United States Constitutions.

## VI.    Plaintiff's Declaration

A.   I declare under the penalty of perjury that all of the facts represented in this complaint and any attachments hereto is true and correct.

B.   I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

C.   I understand that I may not proceed without prepayment of cost if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

Signed this ___6th___ day of ___June___, 20_19_.

___#115750___
Prisoner No. (Louisiana Department of
Corrections or Federal Bureau of Prisons)

___Henry Antoine Hodge___
Signature of Plaintiff

4