UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| LEROY ANTOINE LODGE, Plaintiff | CIVIL DOCKET NO. 1:19-CV-00730-P |
| VERSUS | JUDGE DRELL |
| LOUISIANA DEPT. OF PUBLIC SAFETY & CORR., *ET AL.*, Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## MEMORANDUM ORDER

Before the Court is a civil rights Complaint under 42 U.S.C. § 1983 field by *pro se* Plaintiff Leroy Antoine Lodge ("Lodge") (#105750). Lodge is an inmate in the custody of the Louisiana Department of Corrections, incarcerated at the Winn Correctional Center in Winnfield, Louisiana. Lodge seeks to rescind a contract purportedly entered into with Defendants.

Because Lodge does not allege the violation of a constitutional right, or an injury, he must AMEND his Complaint (Doc. 1).

I.  Background

Lodge alleges that he was presented with a contract from the "Louisiana Division of Probation and Parole" that contained a "misrepresentation of facts." Lodge requests that the contract be rescinded as unconstitutional. (Doc. 1, pp. 3-4).

II.  Law and Instructions to Amend

Pursuant to Rule 8(a)(2) of the Federal Rules of Civil Procedure, a pleading must contain a "short and plain statement of the claim showing that the pleader is

entitled to relief." The Rule 8 pleading standard does not require "detailed factual allegations," but demands more than an "unadorned, the-defendant-unlawfully-harmed-me accusation." Ashcroft v. Iqbal, 556 U.S. 662, 678 (2009) (citations omitted). A pleading that offers "labels and conclusions" or "a formulaic recitation of the elements of a cause of action will not do." Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 555 (2007).

Lodge must amend his Complaint (Doc. 1) to state what each named Defendant did to violate his constitutional rights. Lodge should identify the contract and explain the misrepresentation of facts. Finally, Lodge must allege what injury he suffered as a result of each Defendant's actions.

### III. Conclusion

Because Lodge does not allege the violation of a constitutional right or injury, IT IS ORDERED that Lodge amend his Complaint (Doc. 1) within thirty (30) days of the filing of this Order to provide the information outlined above, or dismissal of this action will be recommended under Rule 41(b) of the Federal Rules of Civil Procedure.

THUS DONE AND SIGNED in Alexandria, Louisiana, on this  24th  day of July 2019.

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE