**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **LEROY ANTOINE LODGE #105750** | **CASE NO.  1:19-CV-00730 SEC P** |
| **VERSUS** | **JUDGE DRELL** |
| **JAMES LEBLANC ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

**ORDER**

Plaintiff has been served more than fourteen (14) days ago with a Notice of Intent to Dismiss this case under **LR 41.3** for the reason that plaintiff has failed to apprise the court of a change of the mailing address provided to the court for mailing of notices and Plaintiff has failed to show good cause for this deficiency.  Accordingly,

**IT IS ORDERED that this action be dismissed in its entirety**.  This action may be reinstated within thirty (30) days for good cause shown.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.

THUS DONE October 4, 2019.

**TONY R. MOORE**
**CLERK OF COURT**